

## NUMBER 13-08-00550-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**ROBERTO J. RUIZ AND LARI L. RUIZ,**                   **Appellants,**

**v.**

**MAYOR AND COMMISSION OF
THE CITY OF BROWNSVILLE, TEXAS,**             **Appellees.**

---

### On appeal from 404th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

This case is before the Court on an amended joint motion to reverse and remand the cause to the trial court for entry of agreed judgment. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to reverse the trial court's judgment and remand this case for entry of an agreed judgment consistent with the terms of the settlement. We

GRANT the motion and REVERSE and REMAND this case to the trial court for entry of judgment in accordance with the settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). Any pending motions are dismissed as moot.

Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
16th day of December, 2010.